United States District Court
Southern District of Texas
**ENTERED**
August 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ADONIS CEBALLO RUBIO, "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00672 |
| | § | |
| WARDEN, El Valle Detention Center, "Respondent." | § | |
| | § | |

## ORDER

Before the Court is the "Magistrate Judge's Report and Recommendation" (Dkt. No. 9) ("R&R"). The R&R recommends that this Court (1) dismiss without prejudice the "Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241" (Dkt. No. 1) ("Petition") and (2) direct the Clerk of Court to close this case. Dkt. No. 9 at 1, 5.

The R&R was published July 29, 2026. *Id.* Plaintiff received the R&R by certified mail on August 3, 2026, and objections to the R&R were due August 17, 2026. No objections were filed. If there have been no objections to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 9) is **ADOPTED**. The Petition (Dkt. No. 1) is **DISMISSED without prejudice** and the Clerk of the Court is **INSTRUCTED** to close this case.

SIGNED this August 18, 2026

Rolando Olvera
United States District Judge